UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BUCKMAN, | |
| Petitioner, | |
| v. | Civil Action No. 13-cv-11413-IT |
| GARY RODEN, | |
| Respondent. | |

ORDER OF DISMISSAL

March 18, 2015

TALWANI, D.J.

Pursuant to the court's March 17, 2015 Memorandum and Order [#55] ALLOWING Respondent's Motion to Dismiss [#28], the petition under 28 U.S.C. § 2254 for a writ of habeas corpus is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge